AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

PATRICIA VERO

v.

MARGUERITE BARNETT, M.D., and

MARGUERITE BARNETT, M.D., P.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12392 REK

TO: (Name and address of defendant)

MINDY P. ROBBINS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS E. KANWIT
107 CENTRAL STREET
CONCORD, MA 01742

an answer to the complaint which is herewith served upon you, within twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3/25/04 |
| NAME OF SERVER (PRINT) Thomas Kanwit | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by mail on counsel for defendant by agreement with counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2004
           Date

Signature of Server

107 Central Street
Address of Server
Concord, MA 01742

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.