UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA VERO,                          )
    **Plaintiff**                         )
        v.                          )    **CIVIL ACTION NO.**
                                )    **03-12392 REK**
MARGUERITE BARNETT, M.D.,                )
    and                             )
MARGUERITE BARNETT, M.D.,P.A.,           )
    **Defendants**                        )

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff Patricia L. Vero moves for a short, two-day extension (until close of business

May 3, 2004) of the time in which to file her opposition to defendants' Motion to Dismiss.  As

grounds herefor, plaintiff states that counsel have discussed *for the first time, on this date* a

possible resolution of the motion but have not yet reached final agreement.[1]  Counsel for plaintiff

has prepared an opposition on her behalf but requires a short additional period in which plaintiff

can review and sign a revised declaration *should the opposition be necessary.*  It is counsel's

expectation that the proposed resolution will be finalized and thus obviate the need for filing the

opposition.  As further grounds herefor, counsel states that the urgent press of other business

---

[1] Plaintiff notes that counsel for defendants failed to confer prior to filing their motion to dismiss, in violation of L.R. 7.1(A)(2).  Plaintiff should not be prejudiced by her counsel spending time today (instead of completing her opposition) conferring with defense counsel when it was defense counsel's obligation to initiate a conference prior to filing the motion to dismiss.

necessitates the very short delay requested as well.

Respectfully submitted,

PATRICIA VERO

Date: April 29, 2004              By: _____
                                      THOMAS E. KANWIT
                                      BBO # 547251
                                      107 Central Street
                                      Concord, MA 01742
                                      617/748-3271

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

_____

_____

Assistant U.S. Attorney