UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA VERO, )
 )
    Plaintiff, )
 )
v. )   Civil Action No. 03cv-12392 REK
 )
MARGUERITE BARNETT, M.D., )
    and )
MARGUERITE BARNETT, M.D., P.A.., )
 )
    Defendants. )

## DEFENDANTS', MARGUERITE BARNETT, M.D., AND MARGUERITE BARNETT, M.D., P.A.'S, OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The Defendants, MARGUERITE BARNETT, M.D., and MARGUERITE BARNETT, M.D., P.A., opposes Plaintiff's, PATRICIA VERO, request for a short, two (2) day extension to file her opposition to these Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Contrary to Plaintiff's representation, these Defendants filed an appropriate responsive pleading to her initial Complaint pursuant to the local rules. However, accurately represented was the fact that Plaintiff's counsel and the undersigned counsel, on behalf of these Defendants, are working on transferring this matter to a Federal Court in Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile and regular U.S. Mail to: **Thomas E. Kanwit, Esquire**, (Attorney

for Plaintiff Vero) 107 Central Street, Concord, Massachusetts 01742, by U.S. mail this 30th day of April, 2004.

*/s/ Wendy B. Accardi*
MINDY MCLAUGHLIN, ESQUIRE
Florida Bar No. 096260
WENDY B. ACCARDI, ESQUIRE
Florida Bar No. 587028
BURTON, SCHULTE, WEEKLEY,
 HOELER & BEYTIN, P.A.
100 S. Ashley Drive, Suite 600
P. O. Box 1772
Tampa, Florida 33601-1772
Telephone: (813) 221-0955
Attorneys for Defendants
Marguerite Barnett, M.D. and
Marguerite Barnett, M.D., P.A.